
FILED

FEB 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALBERTO AGUILAR,<br>Defendant. | Case No. 18-mj-70228-MAG-1 (KAW)<br><br>Charging District's Case No.<br><br>CR17-5357-RBL |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Western District of Washington at Tacoma.

The defendant may need an interpreter for this language: Spanish

    The defendant:      [ ] will retain an attorney.

                                [ x ] is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of the Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 2/26/18

KANDIS A. WESTMORE
United States Magistrate Judge